779 A.2d 1001

IN THE MATTER OF GLENDON G. BELL,
AN ATTORNEY AT LAW.

September 20, 2001.

## O R D E R

The Disciplinary Review Board having filed a report with the Court in DRB 00–143 recommending that **GLENDON G. BELL,** formerly of **WOODBURY,** who was admitted to the bar of this State in 1978, and who thereafter was temporarily suspended from the practice of law by orders of this Court filed September 21,

1999, and April 5, 2000, and who remains suspended at this time, be disbarred for violating *RPC* 1.15 and *RPC* 8.4(c) (knowing misappropriation of client funds), and said **GLENDON G. BELL** having been ordered to show cause why he should not be disbarred or otherwise disciplined, and good cause appearing;

It is ORDERED that **GLENDON G. BELL** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **GLENDON G. BELL** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.